# IN THE SUPREME COURT OF THE STATE OF NEVADA

ENOMA UYG IGBINOVIA,
                Appellant,
vs.
THE STATE OF NEVADA,
                Respondent.

No. 78767

**FILED**

MAY 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an amended judgment of conviction. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the amended judgment of conviction on March 25, 2019. Appellant did not file the notice of appeal, however, until May 8, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, C.J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

 
19-22348

cc: Hon. Jerry A. Wiese, District Judge
Enoma Uyg Igbinovia
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk